# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TSEGAYE DOELAMO, )
       Plaintiff, ) Case No. 2:14-cv-00339-RCJ-GWF
vs. ) **ORDER**
SCHELL KARL-HEINZ, )
       Defendant. )

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on March 5, 2014. Defendant filed a Motion to Dismiss (#4) on March 11, 2014. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **May 19, 2014** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 8th day of May, 2014.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge